IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| John P. Cahill | ) | Judge Jack B. Schmetterer |
| | ) | |
| Debtor. | ) | Case No. 10-40929 |
| | ) | |
| | ) | Hearing: May 10, 2011 at 10:00am |

## NOTICE OF MOTION

To:    See attached service list

    PLEASE TAKE NOTICE that I will appear on May 10, 2011 at 10:00 a.m. before the Honorable Jack B. Schmetterer, or any other Judge sitting in his stead, in Courtroom 682, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, and will then and there present the **Final Application for Compensation for Professional Services and for Reimbursement of Expenses in Case Incurred on Behalf of John P. Cahill by Forrest L. Ingram, P.C.,** attorneys for the Debtor and Debtor in Possession, and request entry of orders in accordance with these applications. AT WHICH TIME AND PLACE YOU MAY APPEAR AND BE HEARD.

                                                /s/ Forrest Ingram
                                                One of Debtor's attorneys

FORREST L. INGRAM, P.C.
Forrest L. Ingram #3129032
Philip Groben
Jack O'Connor
79 W. Monroe St., Suite 900
Chicago, IL 60603
(312) 759-2838

## CERTIFICATE OF SERVICE

    I, Jack O'Connor, an attorney, certify that I caused a true and correct copy of the above and foregoing Notice and the document to which it refers, on all parties entitled to service, by electronic filing through ECF, or by regular U.S. mail, as set forth on the attached service list, at or before 5:00 p.m. on April 15, 2011.

                                                /s/ Jack O'Connor

2

## SERVICE LIST

**Via CM/ECF:**
**William T. Neary**
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

**Via U.S. Post:**
**John P. Cahill**
John P. Cahill
507 Ridgelawn Trail
Batavia, IL 60510

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| John P. Cahill | ) | Judge Jack B. Schmetterer |
| | ) | |
| Debtor. | ) | Case No. 10-40929 |
| | ) | |
| | ) | Hearing: May 10, 2011 at 10:00 a.m. |

**FINAL APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES AND REIMBURESMENT OF EXPENSES INCURRED ON BEHALF OF JOHN P. CAHILL BY FORREST L. INGRAM, P.C.**

Forrest L. Ingram, P.C. ("Applicant") on behalf of its attorneys, duly appointed counsel for Debtor and Debtor in Possession John P. Cahill ("Debtor"), hereby makes its final application for compensation ("Application") pursuant to section 331 of the United States Bankruptcy Code, Rule 2016, and Local Rule 5082-1 and requests that this Honorable Court enter an order allowing compensation for legal services rendered and reimbursement of expenses incurred from March 1, 2011 through March 24, 2011. In support of this Application, Applicant states as follows:

1. On September 2, 2010, Debtor entered into an engagement agreement with Applicant for a Chapter 11 case.

2. On September 13, 2010, Applicant filed, on Debtor's behalf, the petition for relief under chapter 11, Case No. 10-40929.

3. On October 14, 2010, the Court entered an order in this case allowing employment of Applicant as Debtors' attorneys, retroactive to September 13, 2010. A copy of the order is attached as **Exhibit A.**

4. Applicant has performed numerous legal services for the Debtor thus far in this case. The times and chronology of the Applicant's services rendered in the above-entitled proceedings for the period from March 1, 2011 through March 24, 2011, are scheduled in detail to the tenth of an hour and arranged *by natures* in **Exhibit B**, attached hereto. A copy of Exhibit B has been sent to the Debtor with a request for review of the details, and for objection, if any. The Debtor has not objected to any items listed, to any of the services rendered, nor to any of the fees requested.

5. Applicant's billing detail, arranged *by attorneys*, is attached as **Exhibit C.**

6. A brief description of the credentials of each employee of Forrest L. Ingram, P.C. for whom compensation is sought is attached as **Exhibit D.**

7. All services for which compensation is requested were in connection with these bankruptcy proceedings. All services performed after the commencement of the above-entitled proceedings were in connection with the performance of duties of the Debtor and Debtor in Possession as prescribed by the Bankruptcy Code or pursuant to orders of this Court.

8. Applicant requests the allowance of payment of compensation for legal services during the period March 1, 2011 through March 24, 2011 in the sum of **$4,299.50**. Applicant requests the entry of the order in less than four months because Applicant is a small firm requiring the shorter interval.

9. The services rendered by Applicant were directly related and necessary to the preparation for and the administration of the Chapter 11 case, including, but not limited to, preparing and filing the Debtor's disclosure statement and plan, drafting and filing motions on behalf of the Debtor, and attending court hearings on the Debtor's behalf.

10. HOURS OF SERVICES SORTED BY CATEGORY OR "NATURE" – The attorneys and clerks of Forrest L. Ingram, P.C. provided a total of 23.0 hours of services during the current period. The hours, broken down by natures, are summarized in **Exhibit B**. They are as follows:

   a. **Admin**  Approximately 9.3 hours of time and services were rendered in connection with matters that were administrative in nature including, but not limited to, conferencing with the Debtor about various issues in the chapter 11, preparing and attending status hearings for the chapter 11 case, filing the Debtor's monthly operating reports, drafting deeds in lieu of foreclosure on the Debtor's behalf, and serving various motions and pleadings on behalf of the Debtor. For these services, Applicant seeks $1,507.00.

   b. **DS&P** Approximately 4.2 hours of time and services were rendered in connection with conferencing with the Debtor's representatives regarding the path to take in approaching the Debtor's reorganization and drafting Debtor's disclosure statement and plan, as well as conferencing with creditors regarding their ballots for or against the plan. For such services, Applicant seeks $1,051.50.

   c. **Fee**    Approximately 2.8 hours of time and services were rendered in connection with drafting, filing, and appearing in court for counsel's final application for compensation. For such services, Applicant seeks $555.00.

   d. **Resrch** Approximately 6.6 hours of time and services were rendered in connection with researching matters including, but not limited to the effect of non-voting classes on plan confirmation and Tennessee transfer of title requirements. For such services, Applicant seeks $1,164.00.

3

  e. **Trste** Approximately .1 hours of time and services were rendered in connection with communicating with the U.S. Trustee regarding the Debtor's case. For such services, Applicant seeks $22.00.

11. HOURS OF SERVICES SORTED BY ATTORNEYS AND CLERKS – The attorneys and clerks of Forrest L. Ingram, P.C. provided a total of approximately 44.1 hours of service, broken down by attorney, as indicated on **Exhibit C**. They are as follows:

  a. **Attorney Forrest L. Ingram** provided approximately .8 total hours of service at $475.00 per hour, including all phases of the chapter 11 case.

  b. **Attorney Phillip Groben** provided approximately 12.7 hours of service at $220.00 per hour, including all phases of the chapter 11 case.

  c. **Attorney Jack O'Connor** provided approximately 2.7 hours of service at $150.00 per hour, including all phases of the chapter 11 case.

  d. **Legal Clerk Andrew Meyer** provided approximately 6.8 hours of service at $100.00 per hour, including all phases of the chapter 11 case.

12. Applicant's customary fee includes actual compensation for time and services, fixed overhead, salaries, and unallocable costs.

13. Applicant has also expended costs in providing services to the Debtor. Such costs, including postage and copying costs, are set forth in **Exhibit E**, attached hereto. For such costs, Applicant seeks reimbursement in the sum of $11.34.

14. This Application and a Notice of Hearing on the Final Application has been sent to the Debtor, to the U.S. Trustee, and to parties entitled to notice. A Notice for Hearing on this application has likewise been sent to all other creditors and parties in interest, along with

a summary of all services provided by Debtor's counsel to the Debtors. A certificate of service for the Notice has been filed with the Clerk of the Court.

15. This Court has jurisdiction over the subject matter of this Application pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A).

**WHEREFORE,** Applicant respectfully requests that the Court conduct an appropriate hearing on Counsel's application and allow a reasonable fee to Debtor's Counsel in the sum of $4,299.50 for services for the period from March 1, 2011 through March 24, 2011, plus costs of $11.34. Applicant asks for such other relief as may be appropriate.

                        Respectfully submitted,

                        FORREST L. INGRAM, P.C.

                        /s/ Jack O'Connor
                        One of the Debtor's attorneys

FORREST L. INGRAM, P.C.
Forrest L. Ingram #3129032
Philip Groben
Jack O'Connor
79 W. Monroe, Suite 900
Chicago, IL 60603
(312) 759-2838
(312) 759-0298 fax

5